AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kenneth Roshaun Reid, *Petitioner* | ) ) |
| v. | ) Civil Action No. 0:15-cv-01354-CMC |
| Warden, United States Penitentiary Lewisburg, *Respondent* | ) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: the petitioner, Kenneth Roshaun Reid, shall take nothing of the respondent, Warden, United States Penitentiary Lewisburg, as to the petition filed and this case is dismissed without prejudice and without service.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the petition without prejudice.

Date:  May 19, 2015                                       *ROBIN L. BLUME, CLERK OF COURT*

                                                          s/G. Mills
                                                          *Signature of Clerk or Deputy Clerk*